LATHAM & WATKINS LLP
   John C. Tang (Bar No. 212371)
   Andrew M. Farthing (Bar No. 237565)
   Allison S. Wesley (Bar No. 267964)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Defendants
IXYS CORPORATION and ZANZIBAR
ACQUISITION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LOUISE GARCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DARIN BILLERBECK, FEDERICO FAGGIN, RICHARD SANQUINI, ROBIN ABRAMS, DAVID ELKINS, ERIC SINGER, ZILOG, INC., IXYS CORPORATION, AND ZANZIBAR ACQUISITION, INC.,<br><br>    Defendants. | CASE NO. 4:10-CV-00238-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |

WHEREAS, on December 22, 2009, Plaintiff filed this action in the Superior Court of the State of California, after which the action was removed to this Court;

WHEREAS, on January 27, 2010, Plaintiff filed a purported First Federal Class Action Complaint for Violation of the Federal Securities Laws, and for Violations of State Law Breaches of Fiduciary Duty (the "Federal Complaint");

WHEREAS, on February 1, 2010, Defendants moved to strike the Federal Complaint and dismiss this action;

WHEREAS, Plaintiff's deadline to oppose the motions to strike and dismiss has passed without opposition;

WHEREAS, the parties have agreed that Plaintiff will voluntarily dismiss this action against all Defendants with prejudice as to Plaintiff and without prejudice as to the remaining members of the purported class;

WHEREAS, Plaintiff has not received, and will not receive, any consideration, direct or indirect, in exchange for the dismissal of this action;

WHEREAS, while Plaintiff styled this action as a class action, class certification has not been sought, no class has been certified, and notice of pendency of the action to purported class members was never required by this Court and has not been given;

NOW THEREFORE, the parties hereby stipulate, and respectfully request that the Court order, that this action be dismissed with prejudice as to Plaintiff and without prejudice to the other members of the purported class, without notice to the other members of the purported class, with each party to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: March 2, 2010

LATHAM & WATKINS LLP

By /s/ Andrew M. Farthing
   Andrew M. Farthing
   Attorneys for Defendants
   IXYS CORPORATION and ZANZIBAR
   ACQUISITION, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By /s/ Amy S. Park
   Amy S. Park
   Attorneys for Defendants
   ZILOG, INC., ROBIN A. ABRAMS,
   DARIN G. BILLERBECK, DAVID G.
   ELKINS, FEDERICO FAGGIN, RICHARD
   L. SANQUINI AND ERIC SINGER

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

and

LEVI & KORSINSKY LLP

By /s/ Alan R. Plutzik
   Alan R. Plutzik
   Attorneys for Plaintiff
   LOUISE GARCIA

Pursuant to General Order 45.X, I, Andrew Farthing, attest that Amy S. Park and Alan R. Plutzik concur in this filing.

\*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/4/10

_____
The Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton